

# THE ATTORNEY GENERAL

## OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

January 17, 1972

Honorable Robert S. Calvert          Opinion No. M-1043
Comptroller of Public Accounts
State of Texas                       Re:  Refund of portion of
Austin, Texas                             Texas Motor Vehicle
                                          Sales and Use Tax
                                          paid on amount of
                                          Federal Excise Tax
                                          calculated under re-
                                          pealed United States
Dear Mr. Calvert:                         Statute.

    Your recent letter asks the effect on certain taxes
collected under the Texas Motor Vehicle Sales and Use Tax law
by the recent Act of Congress. This Act repealed the 7%
excise tax on new passenger automobiles as of August 16, 1971
and the 10% excise tax on light-duty trucks of gross weights
of 10,000 pounds or less as of September 23, 1971, on these
vehicles purchased on or after their respective dates. H.R.
10947 was approved by the President of the United States on
December 10, 1971.

    The specific question posed by you is quoted as follows:

        "Must the State Comptroller refund the State's
    portion of the 4% Texas Motor Vehicle Sales Tax paid
    on the amount of the Federal Excise Tax when a valid
    refund claim is filed by the purchaser of a motor
    vehicle?"

    Chapter 6, Title 122A, Taxation-General, Vernon's Civil
Statutes, is referred to as the Motor Vehicle Retail Sales and
Use Tax law. Article 6.01 of this Chapter 6 levies a tax
equal to four per cent (4%) of the total consideration paid or
to be paid at retail sale for every motor vehicle sold in the
State of Texas. Article 6.03 of this chapter defines the term
"total consideration" as used therein to mean, insofar as per-
tinent to your question, the amount paid or to be paid for
every motor vehicle sold at retail in this State without any
deduction for the amount of manufacturers' or importers' ex-
cise tax imposed upon the motor vehicle by the United States.

-5101-

Although our State tax accrues on the amount of Federal excise tax imposed on a sale of a motor vehicle, in the present instance there is no Federal excise tax imposed on the vehicles in question because of the retroactive effect of the Congressional Act.  This Act further provides for refunds of any Federal excise tax paid during the periods in question on the applicable vehicles.

Therefore, your question is answered in the affirmative.

### SUMMARY

That portion of the Texas Motor Vehicle Sales Use Tax paid on the Federal excise tax collected on retail sales of vehicles since the beginning of the retroactive effect of the Congressional Act, H.R. 10947, is subject to a valid claim for refund filed by purchasers of such vehicles with the State Comptroller.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by S. J. Aronson
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman

John Banks
Harriet Burke
James Broadhurst
Bob Lattimore

SAM McDANIEL
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant